IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

IVYPORT LOGISTICAL SERVICES, INC.          Case No. 04-07016 (GAC)

Debtor                                      Involuntary Chapter 11

FILED & ENTERED
MAY 0 3 2005
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

## DECISION AND ORDER

On April 7, 2005, Caribbean Sun Airlines, Inc. ("CSA") filed an adversary proceeding, Adv. No. 05-88, against the debtor and Caribbean Airport Facilities, Inc. ("CAF"). The complaint is an Interpleader seeking a determination as to whether the debtor or CAF is the rightful owner of certain funds which pertain to fees of the Puerto Rico Ports Authority ("PRPA"). CSA deposited the sum of $18,197.25 with the Court. The time to answer or otherwise plead has not yet expired.

On April 19, 2005, CAF filed an urgent motion in the legal case seeking withdrawal of the funds deposited by CSA in the adversary proceeding (dkt. #224). CAF also requests dismissal of the adversary proceeding, an order directing CSA to pay all future fees to CAF and an order requiring the debtor to cease and desist from creating obstacles to compliance with a previous order of the Court requiring the debtor to make PRPA fee payments to CAF.

The Court notes that CAF is filing every motion as urgent, irrespective of whether the matter involves any urgency. While the Court has been lenient with CAF in the past, CAF is admonished to

1

carefully weigh whether the matter involves an emergency before filing another motion marked as urgent before this Court. Any future motions marked "urgent," shall include a certification by CAF that the matter has been carefully examined and that there is a true need for emergency court action. Failure to include the certification will result in such motions being summarily denied.

CAF seeks to withdraw funds that are the subject of an adversary proceeding. In essence, CAF is requesting summary judgment as to the complaint. Pursuant to Fed. R. Civ. P. 56, made applicable by Fed. R. Bankr. P. 7056, CAF must file this request in the adversary proceeding. CAF also seeks dismissal of the complaint, which is governed by Fed. R. Civ. P. 12, made applicable by Fed. R. Bankr. P. 7012. This request must also be filed in the adversary proceeding. Finally, CAF seeks a declaratory judgment and an injunction, both of which are governed by Fed. R. Bankr. P. 7001 and require the filing of an adversary proceeding or that the requests arise in the context of an adversary proceeding. The requests may not be filed in the legal case.

ORDER

For the reasons stated above, IT IS ORDERED that CAF's "urgent" motion for the withdrawal of funds deposited by CSA in Adv. No. 05-88, shall be, and it hereby is, DENIED.

SO ORDERED.

San Juan, Puerto Rico, this _30_ day of April, 2005.

GERARDO A. CARLO
Chief, U.S. Bankruptcy Judge